**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 31, 2023**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00585-CV

---

**PAUL SEPPANEN, Appellant**

**V.**

**TERRELL LANE BATSON, EQUIPMENT COORDINATION PROFESSIONALS, LLC, AND ELECTRICAL CONTROLLER PRODUCTS COMPANY, Appellees**

---

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2020-60075**

---

### MEMORANDUM OPINION

This is an appeal from an order signed August 2. 2022. On January 24, 2023, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.